UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 15 2005

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 05-16299 |
|---|---|
| Plaintiff - Appellee, | D.C. Nos. CV-05-00016-RCM |
| v. | CR-98-00037-RCM |
| | District of Guam |
| KING TAT PHILIP NG, | Agana |
| Defendant - Appellant. | ORDER |

**FILED**
DISTRICT COURT OF GUAM
MAY -2 2006
MARY L.M. MORAN
CLERK OF COURT

Before: O'SCANNLAIN and RAWLINSON, Circuit Judges.

The request for a certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(2).

All outstanding motions are denied.

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

APR 28 2006

by: _____
Deputy Clerk