# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**

| | |
|---|---|
| King Tat Philip Ng, <br><br> Defendant-Petitioner, <br><br> vs. <br><br> United States of Amereica, <br><br> Plaintiff-Respondent. | Case No. 1:98-cr-00037 <br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *USCA Order filed May 2, 2006*, on the dates indicated below:

*U.S. Attorney's Office*
*May 3, 2006*

The following individual was served by first class mail on May 3, 2006:

    King Tat Philip Ng

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*USCA Order filed May 2, 2006*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: May 3, 2006                                            /s/ Marilyn B. Alcon
                                                                                   Deputy Clerk